UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 16-21201-CIV-MORENO**

ROY TINGLING,

Plaintiff,

vs.

NAVIENT SOLUTIONS, INC.,

Defendant.

_______________________________________/

**ORDER DENYING MOTION TO STAY DISCOVERY**

THIS CAUSE came before the Court upon Defendant Navient Solutions' Motion to Stay Discovery **(D.E. 17)**, filed on **July 12, 2016**.

THE COURT has considered the motion, the pertinent portions of the record, and is fully advised in the premises. It is

**ORDERED AND ADJUDGED** that the motion is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6 of August 2016.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record